UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ADELEKE OSINUGA, on behalf of himself
and all other similarly situate,

                      Plaintiff,

      -against-

ATLANTIC AUTO GROUP d/b/a
MILLENNIUM HONDA,

                      Defendant.
----------------------------------------X

**Civil Action No.:**
**2:26-cv-02058**


**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE**, that Thomas J. Jannace, Esq., of SIMMONS JANNACE DELUCA, LLP appears for the defendant, ATLANTIC AUTO GROUP d/b/a MILLENIUM HONDA.  Thomas J. Jannace, Esq.'s e-mail address is tjannace@sjdfirm.com.

Dated:    Hauppauge, New York
           July 21, 2026

                            Yours, etc.

                            SIMMONS JANNACE DELUCA, LLP

                            By:___/s/ Thomas J. Jannace_____
                                  Thomas J. Jannace
                            Attorneys for Defendant
                            ATLANTIC AUTO GROUP d/b/a
                            MILLENIUM HONDA
                            **Office & P.O. Address**
                            43 Corporate Drive
                            Hauppauge, New York 11788
                            (631) 873-4888

TO:  **Via ECF**
      SAGE LEGAL LLC
      Attorneys for Plaintiff
      **Office & P.O. Address**
      18211 Jamaica Avenue
      Jamaica, NY 11423-2327
      (718) 412-2421
      emanuel@sagelegal.nyc