# SIMMONS JANNACE DELUCA, LLP
## ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca
Allison C. Leibowitz
Michael C. Lamendola*
Ian E. Hannon
———————
Marcus Brown
Irina Feferman*
Michael C. Hayes
Thomas J. Jannace
Ian J. Toth
Scott H. Wertheimer

Counsel

Matthew C. Maloney

———————

*Also Admitted NJ
^Also Admitted CT

July 21, 2026

**VIA ECF**
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re:  Osinuga, Adeleke, on behalf of himself and all
> Other similarly situated v. Atlantic Auto Group
> d/b/a Millennium Honda
> Civil Action No.: 2:26-cv-02058
> Our File No.: 654-10507

Dear Sir/Madam:

Our office represents ATLANTIC AUTO GROUP d/b/a MILLENIUM HONDA ("Atlantic") in the above referenced-matter. Please accept this correspondence as Atlantic's request for assignment of a district judge in anticipation of a motion for an Order: (1) dismissing this action pursuant to Fed. R. Civ. P. 12(b)(3) based on plaintiff's execution of a binding Arbitration Agreement applicable to his claims; or, in the alternative, (2) compelling arbitration pursuant to the Arbitration Agreement and staying this matter pending arbitration.

This action was assigned to the Direct Assignment Program pursuant to Administrative Order 2025-14. The parties have not yet consented to the jurisdiction of the Magistrate Judge. Accordingly, as Atlantic's anticipated motion is, in part, for relief under Rule 12(b) please accept this correspondence as Atlantic's request for assignment of a district judge pursuant to Administrative Order 2025-14(4).

1

United States District Court
Eastern District of New York
July 21, 2026
Page 2

Thank you for the opportunity to address the court in this manner.

Respectfully submitted,

/s/ Thomas J. Jannace

Thomas J. Jannace

TJJ/
cc: **Via ECF**
Sage Legal LLC