Exhibit "A"

## Arbitration Agreement

In consideration of my employment with the Atlantic Auto Group ("Employer"), its promise to arbitrate all employment-related disputes and my receipt of the compensation, pay raises and other benefits paid to me by the Employer, at present and in the future, I agree that any and all controversies, claims, or disputes with anyone (including the Employer and any employee, agent of the Employer in their capacity as such or otherwise) arising out of, relating to, or resulting from my assignment and or employment with the Employer or the termination of my assignment or employment with the Employer, including any breach of this agreement, shall be subject to binding arbitration under the Federal Arbitration Act and pursuant to New York law. Disputes which I agree to arbitrate, and thereby agree to waive any right to a trial by jury, include any statutory claims under state or federal law, including, but not limited to, claims arising under Title VII of the Civil Rights Acts of 1866, 1871, 1964 and 1992; the Employee Retirement Income Security Act of 1974, as amended; the Occupational Safety and Health Act; the National Labor Relations Act, as amended; the Americans with Disability Act of 1990; the Age Discrimination in Employment Act, as amended; the Worker Adjustment and Retraining Notification Act; the Pregnancy Discrimination Act; Fair Labor Standards Act, as amended, Family Medical Leave Act, the New York State Human Rights Law, New York State Executive Law, the New York City Administrative Code and any other Federal, State and local statutes including but not limited labor and wage statutes, regulations, decisional law and ordinances and all human rights, fair employment, contract and tort laws. I further understand that this agreement to arbitrate also applies to any disputes that the Employer may have with me.

I agree that any controversy, claim, or dispute arising out of or relating to my employment and/or cessation of employment shall be settled exclusively by binding arbitration administered. Any arbitration will be administered by ADR Systems of America, L.L.C. ("ADR"). A neutral arbitrator will be selected in a manner consistent with ADR's rules and procedures for the resolution of the dispute. I agree that the arbitrator shall have the power to decide any motions brought by any party to the arbitration, including motions for summary judgment and/or adjudication and motions to dismiss and demurrers, prior to any arbitration hearing. I also agree that the arbitrator shall have the power to award any remedies, including attorneys' fees and costs, available under applicable law. I understand the Employer will pay for any administrative or hearing fees charged by the arbitrator or ADR except that I shall pay the first $50.00 of any filing fees associated with any arbitration I initiate. I agree that the arbitrator shall administer and conduct any arbitration in a manner consistent ADR's procedures and the applicable rules of civil procedure, and that to the extent that the ADR's rules and procedures shall take precedence. I agree that the decision of the arbitrator shall be in writing.

This Agreement shall explicitly exclude the requirement to arbitrate any claims by the Employer for injunctive relief, which may be brought in a court of competent jurisdiction.

Furthermore, I agree that any controversy, claim, or dispute covered by this Agreement will be arbitrated on an individual basis. No controversy, claim, or dispute between an employee and Employer may be consolidated or joined with a dispute between any other employee and Employer nor may an individual employee seek to bring his/her dispute on behalf of other employees as a class or collective action.

Except as provided by this Agreement, arbitration shall be the sole, exclusive and final remedy for any dispute between the Employer and me.

Accordingly, except as provided for by this Agreement, neither the Employer nor I will be permitted to pursue court action regarding claims that are subject to arbitration. Notwithstanding, the arbitrator will not have the authority to disregard or refuse to enforce this Agreement, and the arbitrator shall not order or require the Employer to adopt a policy not otherwise required by law which the Employer has not adopted.

I also understand that I have a right to consult with a person of my choosing, including an attorney, before signing this document. I agree to waive my voluntarily and knowingly, and free from any duress or coercion whatsoever to a trial by a trial judge or jury as well as my right to participate in a class or collective action.

| _____ | _Adeleke Osinuga_ | _4/1/2023_____ |
| (Employee Signature) | Print Name | Date |