SIMMONS JANNACE DELUCA, LLP
ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca
Allison C. Leibowitz
Michael C. Lamendola*
Ian E. Hannon

Marcus Brown
Irina Feferman*
Michael C. Hayes
Thomas J. Jannace
Ian J. Toth
Scott H. Wertheimer

Counsel

Matthew C. Maloney

*Also Admitted NJ
^Also Admitted CT

August 28, 2026

**VIA ECF**
District Magistrate Judge Lee G. Dunst
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 940
Central Islip, New York 11722

Re: Osinuga, Adeleke, on behalf of himself and all Other similarly situated v. Atlantic Auto Group d/b/a Millennium Honda
Civil Action No.: 2:26-cv-02058
Our File No.: 654-10507

Dear Magistrate Judge Dunst:

Our office represents Atlantic Auto Group in the above-referenced matter. Please accept this correspondence in response to the Court's July 30, 2026 Order to advise whether the parties jointly consent to a stay of discovery.

Plaintiff does not consent to a stay of discovery.

Atlantic Auto Group intends to exercise its right to arbitrate plaintiff's claims. However, in the interest of seeking a potential resolution of this matter in a manner consistent with Atlantic's right to arbitrate, the parties have discussed participating in a mediation. To the extent it is not inconsistent with Atlantic Auto Group's right to arbitrate plaintiff's claims, the parties request referral to the EDNY mediation program.

Respectfully submitted,

/s/ Thomas J. Jannace

Thomas J. Jannace

TJJ/
cc: **Via ECF**
Sage Legal LLC