SIMMONS JANNACE DELUCA, LLP
ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca
Allison C. Leibowitz
Michael C. Lamendola*
Ian E. Hannon

Marcus Brown
Irina Feferman*
Michael C. Hayes
Thomas J. Jannace
Ian J. Toth
Scott H. Wertheimer

Counsel

Matthew C. Maloney

*Also Admitted NJ
^Also Admitted CT

September 18, 2026

**VIA ECF**
District Magistrate Judge Lee G. Dunst
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 940
Central Islip, New York 11722

Re: Osinuga, Adeleke, on behalf of himself and all Other similarly situated v. Atlantic Auto Group d/b/a Millennium Honda
Civil Action No.: 2:26-cv-02058
Our File No.: 654-10507

Dear Magistrate Judge Dunst:

Our office represents Atlantic Auto Group d/b/a Millenium Honda in the above-referenced matter Please accept this joint correspondence in compliance with the Court's September 1, 2026 Order.

The case has been referred to mediation pursuant to the Court's September 16, 2026 Order. Accordingly, it is respectfully submitted that the Court's order to advise whether the parties want a referral to the E.D.N.Y. Mediation Program is moot.

The parties consent to a stay of discovery but will engage in a limited exchange of information to facilitate productive mediation.

Thank you for the opportunity to address the Court in this manner.

Respectfully submitted,

/s/ Thomas J. Jannace

TJJ/

Thomas J. Jannace

cc: **Via ECF**
Sage Legal LLC